IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID ANTHONY HARRIS,      )
                           )
              Petitioner,  )
                           )
     v.                    )      1:23CV260
                           )
TODD E. ISHEE,             )
                           )
              Respondent.  )

ORDER AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

Petitioner, a prisoner of the State of North Carolina, submitted a petition under 28 U.S.C. § 2254 for a writ of habeas corpus by a person in state custody together with an application to proceed *in forma pauperis*. He later paid the filing fee, which moots the application to proceed *in forma pauperis*. It appears that Petitioner was convicted of a prison disciplinary infraction at Eastern Correctional Institution, which is located within the territorial jurisdiction of the United States District Court for Eastern the District of North Carolina, and that it is the disciplinary conviction which he seeks to challenge, not the original offense leading to his incarceration. In addition, it appears that Petitioner was incarcerated at Eastern Correctional at the time he filed the Petition. As a result, jurisdiction is proper in Eastern District of North Carolina.

This Court may, in the exercise of its discretion and in furtherance of justice, transfer this case to the district of conviction. 28 U.S.C. § 2241(d); see also 28 U.S.C. § 1406(a). Therefore, in the interest of justice, and in accordance with a joint order of the United States

District Courts for the Eastern, Middle, and Western Districts of North Carolina, the entire record of this proceeding should be transferred to the United States District Court for the Eastern District of North Carolina for all further proceedings.

The application to proceed i*n forma pauperis* status will be denied as moot.

IT IS THEREFORE RECOMMENDED that this action and the entire record of this proceeding be transferred to the United States District Court for the Eastern District of North Carolina for further screening and/or further proceedings.

IT IS ORDERED that the application to proceed *in forma pauperis* is denied as moot in light of the payment of the filing fee.

This, the 30th day of October, 2023.

      /s/ Joi Elizabeth Peake
    United States Magistrate Judge