IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID ANTHONY HARRIS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TODD E. ISHEE, Secretary )<br>of the NCDPS Prisons, )<br>)<br>Respondent. ) | 1:23-cv-260 |

## ORDER

On October 30, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation is **ADOPTED. IT IS FURTHER ORDERED** that this action and the entire record is transferred to United States District Court for the Eastern District of North Carolina for further screening and/or further proceedings. The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable

procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 12th day of December, 2023.

_____
United States District Judge